IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>MARK JOHN HILL<br><br>Debtor.<br><br>———————————————————<br><br>WILLIAM J. PACE and W. J. PACE & ASSOCIATES, INC.<br>Movants<br>vs.<br><br>MARK JOHN HILL<br>Respondent | CHAPTER 13<br><br>Case No. 23-12792-mdc |
|---|---|

## ORDER

Upon consideration of the application of Movants, William J. Pace and W.J. Pace & Associates, Inc., ("Movants") for relief from the automatic Stay pursuant to 11 U.S.C. § 362, and good cause appearing, it is hereby Ordered and Decreed as follows:

1. The Motion of Movants for relief from the Automatic Stay is GRANTED for the limited purpose of allowing Movants to pursue their claim in the pending state court case of <u>William J. Pace and W.J. Pace & Associates, Inc. vs. James D. Flick, John Flick, Mark J. Hill & Associates, P.C., Mark J. Hill, Esq. and Nancy L. Goldstein, Esquire</u>, C.C.P. Delaware County No. CV-2019-000517, but only to the extent of Debtor's applicable insurance coverage.

2. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Dated: October 30, 2023

_____
Honorable Magdeline Coleman, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Please send copies to:

*Attorney for Movant*:
Lee M. Herman, Esquire
280 N. Providence Road, Suite 4
Media, PA 19063
lmh@lmhlaw.com

*Attorney for Debtor:*
Michael J. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA  19102
mail@cibiklaw.com

*Debtor:*
Mark John Hill
80 Kingston Rd.
Media, PA  19063

*Chapter 13 Trustee:*
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

*United States Trustee's Office*
 USTPRegion03.PH.ECF@usdoj.gov