United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12792-mdc |
| Mark John Hill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark John Hill, 80 Kingston Rd, Media, PA 19063-1851 |
| cr | + | Univest Bank and Trust Co., successor by merger to, 14 North Main Street, Souderton, PA 18964-1713 |
| cr | | William J. Pace, 1740 Wilmington Pike, Glen Mills, PA 19342 |
| cr | | William J. Pace & Associates, Inc., 1740 Wilmington Pike, Glen Mills, PA 19342 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 31 2023 00:15:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 01, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 30, 2023 | Form ID: pdf900 | Total Noticed: 5 |

KRISTEN WETZEL LADD
    on behalf of Creditor Univest Bank and Trust Co.  successor by merger to Valley Green Bank kladd@utbf.com, ogomez@utbf.com

LEE M. HERMAN
    on behalf of Creditor William J. Pace lmh@lmhlaw.com  courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net

LEE M. HERMAN
    on behalf of Creditor William J. Pace & Associates  Inc. lmh@lmhlaw.com, courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net

MICHAEL A. CIBIK
    on behalf of Debtor Mark John Hill mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>MARK JOHN HILL<br><br>Debtor.<br>_____<br><br>WILLIAM J. PACE and W. J. PACE & ASSOCIATES, INC.<br>          Movants<br>     vs.<br><br>MARK JOHN HILL<br>          Respondent | CHAPTER 13<br><br>Case No. 23-12792-mdc |
|---|---|

## ORDER

Upon consideration of the application of Movants, William J. Pace and W.J. Pace & Associates, Inc., ("Movants") for relief from the automatic Stay pursuant to 11 U.S.C. § 362, and good cause appearing, it is hereby Ordered and Decreed as follows:

1. The Motion of Movants for relief from the Automatic Stay is GRANTED for the limited purpose of allowing Movants to pursue their claim in the pending state court case of <u>William J. Pace and W.J. Pace & Associates, Inc. vs. James D. Flick, John Flick, Mark J. Hill & Associates, P.C., Mark J. Hill, Esq. and Nancy L. Goldstein, Esquire</u>, C.C.P. Delaware County No. CV-2019-000517, but only to the extent of Debtor's applicable insurance coverage.

2. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Dated: October 30, 2023

_____
Honorable Magdeline Coleman, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Please send copies to:

*Attorney for Movant*:
Lee M. Herman, Esquire
280 N. Providence Road, Suite 4
Media, PA 19063
lmh@lmhlaw.com

*Attorney for Debtor:*
Michael J. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA  19102
mail@cibiklaw.com

*Debtor:*
Mark John Hill
80 Kingston Rd.
Media, PA  19063

*Chapter 13 Trustee:*
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

*United States Trustee's Office*
USTPRegion03.PH.ECF@usdoj.gov