New Window

| | | | | |
|---|---|---|---|---|
| Company: | State of Delaware | | Check Date: | 07/28/2023 |
| Address: | 820 Silver Lake Blvd., Suite 100 | | Pay Begin Date: | 07/02/2023 |
| | Dover, DE 19904 | | Pay End Date: | 07/15/2023 |

### General

| | | | |
|---|---|---|---|
| Name: | Mark John Hill | Employee ID: | 198408 |
| Address: | 80 Kingston Road | Pay Rate: | $43.92   Hourly |
| | Media, PA 19063 | Department: | 600601100 - DOL/Unemployment I |
| | | Location: | Fox Valley |
| | | Job Title: | Casual/Seasonal (37.5 hr) |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: Married | | DE Marital Status: | Married, joint return |
| Fed Allowances: N/A | | DE Allowances: | 1 |
| Fed Addl Percent: N/A | Fed Addl Amount: $0.00 | DE Addl Percent: | 0.000   DE Addl Amount: $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Tax Gross | State Tax Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2,613.56 | 2,613.56 | 2,613.56 | 603.35 | 0.00 | 2,010.21 |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| RegularPay | 59.50 | 2,613.56 |
| Total: | 59.50 | 2,613.56 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 258.08 |
| Fed MED/EE | 37.89 |
| Fed OASDI/EE | 162.04 |
| DE Withholdng | 112.67 |
| DE WILMINGTON Withholdng | 32.67 |
| Total: | 603.35 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Direct Deposit | 22344458 | Checking | 2,010.21 |

*Addl pre-petition payroll*

New Window

| | | | | |
|---|---|---|---|---|
| Company: | State of Delaware | | Check Date: | 08/11/2023 |
| Address: | 820 Silver Lake Blvd., Suite 100 | | Pay Begin Date: | 07/16/2023 |
| | Dover, DE 19904 | | Pay End Date: | 07/29/2023 |

### General

| | | | |
|---|---|---|---|
| Name: | Mark John Hill | Employee ID: | 198408 |
| Address: | 80 Kingston Road | Pay Rate: | $43.92  Hourly |
| | Media, PA 19063 | Department: | 600601100 - DOL/Unemployment I |
| | | Location: | Fox Valley |
| | | Job Title: | Casual/Seasonal (37.5 hr) |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: Married | | DE Marital Status: | Married, joint return |
| Fed Allowances: N/A | | DE Allowances: | 1 |
| Fed Addl Percent: N/A | Fed Addl Amount: $0.00 | DE Addl Percent: 0.000 | DE Addl Amount: $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Tax Gross | State Tax Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2,613.56 | 2,613.56 | 2,613.56 | 603.36 | 0.00 | 2,010.20 |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| RegularPay | 59.50 | 2,613.56 |
| Total: | 59.50 | 2,613.56 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 258.08 |
| Fed MED/EE | 37.90 |
| Fed OASDI/EE | 162.04 |
| DE Withholdng | 112.67 |
| DE WILMINGTON Withholdng | 32.67 |
| Total: | 603.36 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Direct Deposit | 22385980 | Checking | 2,010.20 |

New Window

| | | | | |
|---|---|---|---|---|
| Company: | State of Delaware | | Check Date: | 08/25/2023 |
| Address: | 820 Silver Lake Blvd., Suite 100 | | Pay Begin Date: | 07/30/2023 |
| | Dover, DE 19904 | | Pay End Date: | 08/12/2023 |

### General

| | | | |
|---|---|---|---|
| Name: | Mark John Hill | Employee ID: | 198408 |
| Address: | 80 Kingston Road | Pay Rate: | $43.92    Hourly |
| | Media, PA 19063 | Department: | 600601100 - DOL/Unemployment I |
| | | Location: | Fox Valley |
| | | Job Title: | Casual/Seasonal (37.5 hr) |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: Married | | DE Marital Status: | Married, joint return |
| Fed Allowances: N/A | | DE Allowances: | 1 |
| Fed Addl Percent: N/A | Fed Addl Amount: $0.00 | DE Addl Percent: | 0.000   DE Addl Amount: $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Tax Gross | State Tax Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2,613.56 | 2,613.56 | 2,613.56 | 603.36 | 0.00 | 2,010.20 |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| RegularPay | 59.50 | 2,613.56 |
| Total: | 59.50 | 2,613.56 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 258.08 |
| Fed MED/EE | 37.90 |
| Fed OASDI/EE | 162.04 |
| DE Withholdng | 112.67 |
| DE WILMINGTON Withholdng | 32.67 |
| Total: | 603.36 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Direct Deposit | 22427765 | Checking | 2,010.20 |

New Window

| Company: | State of Delaware | | Check Date: | 09/08/2023 |
|---|---|---|---|---|
| Address: | 820 Silver Lake Blvd., Suite 100 | | Pay Begin Date: | 08/13/2023 |
| | Dover, DE 19904 | | Pay End Date: | 08/26/2023 |

### General

| Name: | Mark John Hill | Employee ID: | 198408 | |
|---|---|---|---|---|
| | | Pay Rate: | $43.92 | Hourly |
| Address: | 60 Kingston Road | Department: | 600601100 - DOL/Unemployment I | |
| | Media, PA 19063 | Location: | Fox Valley | |
| | | Job Title: | Casual/Seasonal (37.5 hr) | |

### Tax Data

| Fed Marital Status: | Married | | DE Marital Status: | Married, joint return | |
|---|---|---|---|---|---|
| Fed Allowances: | N/A | | DE Allowances: | 1 | |
| Fed Addl Percent: | N/A | Fed Addl Amount: $0.00 | DE Addl Percent: | 0.000 DE Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Tax Gross | State Tax Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2,613.56 | 2,613.56 | 2,613.56 | 603.35 | 0.00 | 2,010.21 |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| RegularPay | 59.50 | 2,613.56 |
| Total: | 59.50 | 2,613.56 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 258.08 |
| Fed MED/EE | 37.89 |
| Fed OASDI/EE | 162.04 |
| DE Withholdng | 112.67 |
| DE WILMINGTON Withholdng | 32.67 |
| Total: | 603.35 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Direct Deposit | 22469177 | Checking | 2,010.21 |

New Window

| Company: | State of Delaware | | Check Date: | 09/22/2023 |
|---|---|---|---|---|
| Address: | 820 Silver Lake Blvd., Suite 100 | | Pay Begin Date: | 08/27/2023 |
| | Dover, DE 19904 | | Pay End Date: | 09/09/2023 |

### General

| Name: | Mark John Hill | Employee ID: | 198408 | |
|---|---|---|---|---|
| Address: | 80 Kingston Road | Pay Rate: | $43.92 | Hourly |
| | Media, PA 19063 | Department: | 600601100 - DOL/Unemployment I | |
| | | Location: | Fox Valley | |
| | | Job Title: | Casual/Seasonal (37.5 hr) | |

### Tax Data

| Fed Marital Status: | Married | | DE Marital Status: | Married, joint return | |
|---|---|---|---|---|---|
| Fed Allowances: | N/A | | DE Allowances: | 1 | |
| Fed Addl Percent: | N/A | Fed Addl Amount: $0.00 | DE Addl Percent: | 0.000 DE Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Tax Gross | State Tax Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2,624.54 | 2,624.54 | 2,624.54 | 607.49 | 0.00 | 2,017.05 |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| RegularPay | 59.75 | 2,624.54 |
| Total: | 59.75 | 2,624.54 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 260.50 |
| Fed MED/EE | 38.06 |
| Fed OASDI/EE | 162.73 |
| DE Withholdng | 113.39 |
| DE WILMINGTON Withholdng | 32.81 |
| Total: | 607.49 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Amount |
|---|---|---|---|
| Direct Deposit | 22509959 | Checking | 2,017.05 |