| Information to identify the case: | |
|---|---|
| Debtor 1 | Mark John Hill |
| Debtor 2 | |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | |
| Case Number  23-12792-pmm            Chapter 13 | |

☐ Check if this is an
amended filing

## Chapter 13 Application for Compensation and Reimbursement of Expenses

The Applicant below is filing this application with the court for payment of fees and expenses in association with this bankruptcy case.

### Part 1    Notice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this Application, you or your attorney must file an objection to the Application on or before the Objection Deadline. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. Otherwise, you must file your objection at the Clerk's office at the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your objection to the Clerk, you must do so early enough that it will be received on or before the Objection Deadline. If you or your attorney do not take these steps, the court may decide that you do not oppose the application and may enter an order granting the Application without further notice or hearing.

Objection Deadline:            April 30, 2024

### Part 2    Applicant and Application Information

| | |
|---|---|
| Applicant: | Michael I. Assad (#330937) |
| Applicant Firm: | Cibik Law, P.C. |
| Applicant's Email: | help@cibiklaw.com |
| Applicant's Phone: | 215-735-1060 |
| Applicant's Address: | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| Applicant Type: | Attorney for Debtor |
| Application Period: | 07/17/2023 to 04/16/2024 |
| Basis of Application: | 11 U.S.C. § 330 |
| Application Type: | First |
| Form 2030: | Exhibit A |

### Part 3    Case Information

| | |
|---|---|
| Date Filed: | 09/15/2023 |
| U.S. Bankruptcy Judge: | Patricia M. Mayer |
| Standing Trustee: | Kenneth E. West |
| Debtor's Median Income: | Above Median |

**Part 4**    **Summary of Services Performed**

1. This is the first fee application in this case. The plan is expected to be confirmed within the next 30 days.

2. The Applicant seeks approval of fees in connection with the customary services of filing a chapter 13 and guiding the plan to confirmation.

3. The Applicant expended substantial time reviewing the Debtor's numerous life insurance policies and retirement accounts, and determining how they may impact the plan.

4. The Applicant also expended substantial time communicating with the Debtor to explain the result of document review and possible case outcomes.

**Part 5**    **Flat Fees Incurred**

By prior agreement with the Debtor, the Applicant requests payment of flat fees for each of the following services:

| Date | Description | Fee |
|------|-------------|-----|
|      | NONE        |     |
|      | **TOTAL**   |     |

**Part 6**    **Hourly Fees Incurred**

The Applicant requests payment based on actual time expended for the following services:

| Date | Description | Hours Expended |
|------|-------------|----------------|
| 07/17/2023 | (Attorney) Phone interview with client to discuss potential bankruptcy case. | 0.50 |
| 07/20/2023 | (Attorney) Reviewed various documents provided by client | 1.50 |
| 07/20/2023 | (Attorney) Wrote memo to file | 0.50 |
| 07/18/2023 | (Attorney) Phone call with client to answer questions | 0.10 |
| 07/25/2023 | (Attorney) Phone call with client to answer questions | 0.15 |
| 07/25/2023 | (Attorney) Reviewed pay advices to determine if client is above median | 2.00 |
| 08/09/2023 | (Paralegal) Phone call with client to answer questions | 0.10 |
| 08/11/2023 | (Paralegal) Phone call with client to answer questions | 0.10 |
| 09/12/2023 | (Attorney) Phone call with client to answer questions | 0.20 |
| 09/15/2023 | (Attorney) Drafted bankruptcy petition | 0.40 |
| 09/15/2023 | (Attorney) Phone call with client to answer questions | 0.85 |
| 09/18/2023 | (Attorney) Phone call with client to answer questions | 0.25 |
| 09/21/2023 | (Attorney) Drafted chapter 13 plan | 0.80 |
| 09/21/2023 | (Attorney) Drafted matrix list of creditors | 0.50 |
| 09/28/2023 | (Attorney) Discussion with attorney for W.J. Pace | 1.00 |
| 09/28/2023 | (Attorney) Reviewed motion for relief from stay filed by W.J. Pace | 0.50 |
| 10/13/2023 | (Attorney) Drafted schedules, statements, means test, and related documents | 4.50 |

| Date | Description | Hours Expended |
|------|-------------|----------------|
| 10/15/2023 | (Paralegal) Prepared for meeting of creditors by gathering information and submitting it to trustee, redacting personal information | 2.00 |
| 11/21/2023 | (Attorney) Phone call with client to answer questions | 0.20 |
| 11/21/2023 | (Attorney) Phone call with client to answer questions | 0.60 |
| 11/22/2023 | (Attorney) Phone call with client to answer questions | 1.50 |
| 11/22/2023 | (Attorney) Represented debtor at meeting of creditors | 0.50 |
| 12/06/2023 | (Attorney) Phone call with client to answer questions | 0.65 |
| 01/22/2024 | (Attorney) Reviewed trustee's motion to dismiss. | 0.20 |
| 01/24/2024 | (Attorney) Phone call with client to answer questions | 0.10 |
| 02/01/2024 | (Attorney) Reviewed proofs of claim | 1.00 |
| 02/22/2024 | (Attorney) Drafted amended chapter 13 plan (first) | 0.50 |
| 03/14/2024 | (Attorney) Phone call with client to answer questions | 0.10 |
| 03/14/2024 | (Paralegal) Phone call with client to answer questions | 0.10 |
| 03/14/2024 | (Attorney) Phone call with client to answer questions | 0.40 |
| 03/18/2024 | (Attorney) Drafted amended Schedules A/B and C | 2.00 |
| 03/18/2024 | (Attorney) Phone call with client to answer questions | 0.10 |
| 03/20/2024 | (Attorney) Drafted amended chapter 13 plan (second) | 0.50 |
| 04/16/2024 | (Attorney) Reviewed time slips and prepared fee application | 1.00 |
| | **Total Attorney Hours ($350/hour)** | **23.10** |
| | **Total Paralegal Hours ($125/hour)** | **2.30** |

## Part 7  Expenses

The Applicant requests reimbursement for the following expenses:

| Date | Description | Fee |
|------|-------------|-----|
| | NONE | |
| | **TOTAL** | |

**Part 8** | **Summary of Fees and Expenses**

| Period | | Requested | | Allowed | | Paid | |
|---|---|---|---|---|---|---|---|
| Start | End | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Pre-Petition | | | | | | $3,000.00 | $0.00 |
| This Application | | $8,000.00 | $0.00 | | | | |
| TOTALS | | **$8,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$3,000.00** | **$ 0.00** |

**Part 9** | **Other Information**

1. If this Application is approved, the Debtor's proposed chapter 13 plan is adequately funded to provide for payment of the compensation requested.

2. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

3. The Applicant does not consent to the entry of a reduced award by the Court without notice and hearing.

**Part 10** | **Request for Relief**

The Applicant requests that the Court enter an award of 8,000.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

_____          April 16, 2024
Signature of Applicant                            Date