# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Mark John Hill,<br><br>                    Debtor. | Case No. 23-12792-pmm<br><br>Chapter 13<br><br>Related to ECF No. 42 |

**Certificate of No Response**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Application for Compensation filed on April 16, 2024, as ECF No. 42. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, objections to the application were to be filed and served no later than April 30, 2024. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: May 7, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com