**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Mark** | **John** | **Hill** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | | | |
| Case number (if known) | **23-12792-pmm** | | | |

☑ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **80 Kingston Rd Media, PA 19063-1851**<br>Line from Schedule A/B: **1.1** | $1,139,084.00 | ☑ $646,765.78<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. 522(b)(3)(B)** |
| Brief description: **2006 Jeep Wrangler**<br>Line from Schedule A/B: **3.1** | $1,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

| Debtor 1 | **Mark** | **John** | **Hill** | Case number *(if known)* **23-12792-pmm** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Various used pieces of furniture, furnishings, appliances, linens, and other similar items.**<br>Line from Schedule A/B: **6** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(a)(1), (2)** |
| Brief description:<br>**Various used televisions, mobile devices, and computers.**<br>Line from Schedule A/B: **7** | $275.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| Brief description:<br>**Various used articles of clothing, shoes, and accessories.**<br>Line from Schedule A/B: **11** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(a)(1), (2)** |
| Brief description:<br>**Various used pieces of jewelry.**<br>Line from Schedule A/B: **12** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(a)(1), (2)** |
| Brief description:<br>**Citizens Bank**<br>**Checking account**<br>**Acct. No.: XXXXXX3809**<br>Line from Schedule A/B: **17** | $2,719.23 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| Brief description:<br>**Mark J. Hill & Associates, P.C. (defunct)**<br>Line from Schedule A/B: **19** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| Brief description:<br>**Law Practice (sole proprietorship)**<br>Line from Schedule A/B: **19** | $2,850.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |

| Debtor 1 | **Mark** | **John** | **Hill** | | Case number *(if known)* **23-12792-pmm** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Great West**  Line from *Schedule A/B:* **21** | $31,223.13 | ☑ $31,223.13  ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(b)(1)(ix)** |
| Brief description: **Midland National**  Line from *Schedule A/B:* **21** | $247,711.25 | ☑ $247,711.25  ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(b)(1)(ix)** |
| Brief description: **Sammons**  Line from *Schedule A/B:* **21** | $253,049.10 | ☑ $253,049.10  ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(b)(1)(ix)** |
| Brief description: **Morgan Stanley (E*TRADE)**  Line from *Schedule A/B:* **21** | $34,112.74 | ☑ $34,112.74  ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(b)(1)(ix)** |
| Brief description: **Sammons**  Line from *Schedule A/B:* **21** | $60,820.53 | ☑ $60,820.53  ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(b)(1)(ix)** |
| Brief description: **Brighthouse Financial**  Line from *Schedule A/B:* **31** | $73,148.38 | ☑ $73,148.38  ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(6)** |

Fill in this information to identify your case:

Debtor 1: **Mark John Hill**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number (if known): **23-12792-pmm**

☑ Check if this is an amended filing

# Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Mark John Hill**
Mark John Hill, Debtor 1

Date **05/08/2024**
MM/ DD/ YYYY

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**