United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mark John Hill  
    Debtor

Case No. 23-12792-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 07, 2024      Form ID: 155      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Mark John Hill, 80 Kingston Rd, Media, PA 19063-1851 |
| 14817366 | + | County of Delaware, 201 West Front Street, Media, PA 19063-2788 |
| 14817372 | | James D. Flick, 8607 W Chester Pike, Upper Darby, PA 19082-1101 |
| 14817373 | | John Flick, 8607 W Chester Pike, Upper Darby, PA 19082-1101 |
| 14817374 | | Joseph M. Fioravanti, Esq., 211 N Olive St Ste 1, Media, PA 19063-2835 |
| 14817375 | | Linda B. Hill, 80 Kingston Rd, Media, PA 19063-1851 |
| 14817377 | + | Mark J. Hill & Associates, P.C., 1528 Walnut St, Philadelphia, PA 19102-3613 |
| 14817378 | | Nancy L. Goldstein, 1528 Walnut St, Philadelphia, PA 19102-3604 |
| 14817383 | + | Rose Tree Media School District, 308 N Olive St, Media, PA 19063-2493 |
| 14817389 | | Univest Bank & Trust Co., Attn: Bankruptcy, 14 N. Main Street, Souderton, PA 18964-1713 |
| 14824008 | | Univest Bank and Trust Co., c/o Kristen Wetzel Ladd, Esq, P O Box 515, West Chester, PA 19381-0515 |
| 14825334 | + | Univest Bank and Trust Co., 14 North Main Street, PO Box 197, Souderton, PA 18964-0197 |
| 14817388 | + | Upper Providence Township, 1286 Black Rock Road, Phoenixville, PA 19460-1234 |
| 14817390 | | W.J. Pace & Associates, Inc., 1740 Wilmington Pike, Glen Mills, PA 19342 |
| 14818464 | + | William J. Pace, c/o Lee M. Herman, Esq, 280 N. Providence Road, Ste 4, Media, PA 19063-3525 |
| 14817391 | | William J. Pace, 1740 Wilmington Pike, Glen Mills, PA 19342 |
| 14818465 | + | William J. Pace and Associates, Inc., c/o Lee M. Herman, Esq, 280 N. Providence Road, Ste 4, Media, PA 19063-3525 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14827707 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 09:00:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14817359 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 09:52:45 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14832572 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:55:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14817360 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 07 2024 23:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14817361 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 07 2024 23:51:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14817364 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 07 2024 23:51:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14817618 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 07 2024 23:51:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14817362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2024 23:55:50 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14817363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2024 00:07:47 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14817365 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2024 23:51:00 | | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14817367 | | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 07 2024 23:56:05 | | Dsnb Bloomingdales, PO Box 9111, Mason, OH 45040 |
| 14817376 | | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 07 2024 23:55:41 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14817368 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Nov 07 2024 23:51:00 | | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317-9752 |
| 14817369 | | Email/Text: bankruptcy@greenskycredit.com Nov 07 2024 23:51:00 | | GreenSky, Attn: Bankruptcy 5565 Glenridge Con #700, Columbus, GA 30342 |
| 14817370 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 07 2024 23:51:00 | | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14817371 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 07 2024 23:51:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14817379 | | Email/Text: bnc@nordstrom.com Nov 07 2024 23:51:52 | | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14817380 | | Email/Text: fesbank@attorneygeneral.gov Nov 07 2024 23:51:00 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14817381 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2024 23:51:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14817382 | ^ | MEBN Nov 07 2024 23:49:29 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14817384 | | Email/Text: REV_Bankruptcy_General@state.de.us Nov 07 2024 23:51:00 | | State of Delaware, Division of Revenue, 820 N French St Ste 8, Wilmington, DE 19801-3509 |
| 14817385 | | Email/PDF: ais.sync.ebn@aisinfo.com Nov 07 2024 23:55:40 | | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 14817386 | | Email/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2024 23:51:00 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14817387 | ^ | MEBN Nov 07 2024 23:49:19 | | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Univest Bank and Trust Co. successor by merger to Valley Green Bank kladd@utbf.com, ogomez@utbf.com |
| LEE M. HERMAN | on behalf of Creditor William J. Pace lmh@lmhlaw.com courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| LEE M. HERMAN | on behalf of Creditor William J. Pace & Associates Inc. lmh@lmhlaw.com, courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| MICHAEL A. CIBIK | on behalf of Debtor Mark John Hill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Mark John Hill<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−12792−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: November 7, 2024                                                        For The Court

                                                                                      Patricia M. Mayer<br>
                                                                                      Judge, United States Bankruptcy Court