UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Mark John Hill, | : | Case No. 23-12792 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER GRANTING FEES

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 42, the "Application") filed by the Debtor's counsel, Michael A. Cibik ("the Applicant");

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $8,000.00.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $3,000.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** November 14, 2024

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant's contention that he "does not consent to the entry of a reduced award by the Court without notice and hearing," see Application at 4, was squarely addressed in In re Creedon, 661 B.R. 55 (Bankr. E.D. Pa. 2024).