United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12792-pmm |
| Mark John Hill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark John Hill, 80 Kingston Rd, Media, PA 19063-1851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Univest Bank and Trust Co.  successor by merger to Valley Green Bank kladd@utbf.com, ogomez@utbf.com |
| LEE M. HERMAN | on behalf of Creditor William J. Pace lmh@lmhlaw.com  courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| LEE M. HERMAN | on behalf of Creditor William J. Pace & Associates  Inc. lmh@lmhlaw.com, courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| MICHAEL A. CIBIK | on behalf of Debtor Mark John Hill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | |

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: Nov 14, 2024      Form ID: pdf900      Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Mark John Hill,** | : | Case No. 23-12792 (PMM) |
| | : | |
| **Debtor.** | : | |

**ORDER GRANTING FEES**

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 42, the "Application") filed by the Debtor's counsel, Michael A. Cibik ("the Applicant");

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $8,000.00.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $3,000.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

*Patricia M. Mayer*

**Date:** November 14, 2024

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant's contention that he "does not consent to the entry of a reduced award by the Court without notice and hearing," see Application at 4, was squarely addressed in In re Creedon, 661 B.R. 55 (Bankr. E.D. Pa. 2024).