# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Mark John Hill,

                  Debtor.

Case No. 23-12792-DJB

Chapter 13

### Order Sustaining Objection to Claim Number 6

After consideration of the Debtors' Objection to Claim Number 6 filed by Debtor Mark John Hill, and after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. Proof of claim number 6 is hereby **DISALLOWED**.

Date:

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge

2

Date: _____        _____

                                            Ashely M. Chan
                                            Chief U.S. Bankruptcy Judge