# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Mark John Hill,<br><br><br>                      Debtor. | Case No. 23-12792-DJB<br><br>Chapter 13 |

Notice of Objection to Claim No. 6
by Claimant William J. Pace, and Hearing Date

The Debtors in the above-captioned matter have filed an objection to the proof of claim you filed in this bankruptcy case.

1. <u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. <u>If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection</u>, scheduled to be held on Thursday, April 2, 2026, at 11:00 a.m. before U.S. Bankruptcy Judge Derek J. Baker. All hearings can be attended by video conference or in-person at 900 Market Street, 2nd floor (unless otherwise directed by the Court). Option for video participation is on ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. <u>If you intend to appear at the hearing</u> to contest the objection to your claim, <u>you must notify the person listed below on or before Tuesday, March 10, 2026</u>. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: February 24, 2026

                                              Michael A. Cibik
                                              Cibik Law, P.C.
                                              1500 Walnut Street, Suite 900
                                              Philadelphia, PA 19102
                                              215-735-1060
                                              mail@cibiklaw.com