# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>   Mark John Hill,<br><br><br>                    Debtor. | Case No. 23-12792-DJB<br><br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, hereby certify that on February 24, 2026, a true and correct copy of the Debtors' Objection to Claim No. 6 by Claimant William J. Pace was served on all parties listed below by the means indicated below, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

William J. Pace
1740 Wilmington Pike
Glen Mills, PA 19342

Date: February 24, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com