# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Mark John Hill,<br><br>　　　　　　　　Debtor. | Case No. 23-12792-DJB<br><br>Chapter 13 |

## Objection to Claim Number 7

AND NOW, Debtor Mark John Hill, through his attorney, hereby objects to proof of claim number 7 ("POC No. 7") filed by W.J. Pace & Associates, Inc..

The Debtor objects to POC No. 7 (attached as Exhibit A) on the grounds that the lawsuit that is listed on page 2 of POC No. 7 as being the basis for the claim was dismissed with prejudice by order of the presiding Judge (attached as Exhibit B) on September 17, 2024.

Additionally, the Trustee's office recently made its first distributions to the creditor, and those checks were returned to the Trustee's office by the creditor.

Based on the above, the claim as filed is no longer valid, the creditor is no longer entitled to the payment of any funds, and the claim should be disallowed.

For these reasons, the Court must grant relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.

Date: February 24, 2026　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　*Attorney for Debtors*

　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　help@cibiklaw.com