# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Mark John Hill,

                  Debtor.

Case No. 23-12792-DJB

Chapter 13

## Order Sustaining Objection to Claim Number 7

After consideration of the Debtors' Objection to Claim Number 7 filed by Debtor Mark John Hill, and after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. Proof of claim number 7 is hereby **DISALLOWED**.

Date:

Honorable Derek J. Baker
U.S. Bankruptcy Judge

Date: _____    _____
                                                                       Ashely M. Chan
                                                                       Chief U.S. Bankruptcy Judge

2