**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Mark John Hill,<br><br><br>                    Debtor. | Case No. 23-12792-DJB<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, hereby certify that on February 24, 2026, a true and correct copy of the Debtors' Objection to Claim No. 7 by Claimant W.J. Pace & Associates, Inc. was served on all parties listed below by the means indicated below, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

W.J. Pace & Associates, Inc.
1740 Wilmington Pike
Glen Mills, PA 19342

Date: February 24, 2026        /s/ Michael A. Cibik
                               Michael A. Cibik (#23110)
                               Cibik Law, P.C.
                               1500 Walnut Street, Suite 900
                               Philadelphia, PA 19102
                               215-735-1060
                               mail@cibiklaw.com