# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Mark John Hill,

               Debtor.

Case No. 23-12792-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, hereby certify that on April 2, 2026, a true and correct copy of the Debtor's Amended Notices of Objections to Claims No. 6 and 7 by Claimants William J. Pace and W.J. Pace & Associates, Inc., were served on all parties listed below by the means indicated below.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

William J. Pace (CM/ECF)

W.J. Pace & Associates, Inc. (CM/ECF)

Date: April 2, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com