# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Mark John Hill,

                      Debtor.

Case No. 23-12792-DJB

Chapter 13

### Order Sustaining Objection to Claim Number 6

After consideration of the Debtor's Objection to Claim Number 6 by claimant William J. Pace, and after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. Proof of claim number 6 is hereby **DISALLOWED**.

Date: **May 14, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge