# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Mark John Hill,

              Debtor.

Case No. 23-12792-DJB

Chapter 13

## Order Sustaining Objection to Claim Number 7

After consideration of the Debtor's Objection to Claim Number 7 by claimant W.J. Pace & Associates, Inc., and after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. Proof of claim number 7 is hereby **DISALLOWED**.

Date: **May 14, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge