United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-12792-djb

Mark John Hill                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark John Hill, 80 Kingston Rd, Media, PA 19063-1851 |
| cr | + | Univest Bank and Trust Co., successor by merger to, 14 North Main Street, Souderton, PA 18964-1713 |
| intp | + | Walter J. Timby, III, Suite 204, 100 West Sixth Street, Media, PA 19063-2431 |
| cr | | William J. Pace & Associates, Inc., 1740 Wilmington Pike, Glen Mills, PA 19342 |
| 14817390 | | W.J. Pace & Associates, Inc., 1740 Wilmington Pike, Glen Mills, PA 19342 |
| 14818464 | + | William J. Pace, c/o Lee M. Herman, Esq, 280 N. Providence Road, Ste 4, Media, PA 19063-3525 |
| 14817391 | | William J. Pace, 1740 Wilmington Pike, Glen Mills, PA 19342 |
| 14818465 | + | William J. Pace and Associates, Inc., c/o Lee M. Herman, Esq, 280 N. Providence Road, Ste 4, Media, PA 19063-3525 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | May 16 2026 00:18:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | William J. Pace, 1740 Wilmington Pike, Glen Mills, PA 19342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: May 15, 2026                       Form ID: pdf900                           Total Noticed: 9

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Univest Bank and Trust Co.  successor by merger to Valley Green Bank kladd@utbf.com, ddays@utbf.com |
| LEE M. HERMAN | on behalf of Creditor William J. Pace lmh@lmhlaw.com  courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| LEE M. HERMAN | on behalf of Creditor William J. Pace & Associates  Inc. lmh@lmhlaw.com, courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| MICHAEL A. CIBIK | on behalf of Debtor Mark John Hill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Mark John Hill,

                    Debtor.

Case No. 23-12792-DJB

Chapter 13

### Order Sustaining Objection to Claim Number 6

After consideration of the Debtor's Objection to Claim Number 6 by claimant William J. Pace, and after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. Proof of claim number 6 is hereby **DISALLOWED**.

Date: **May 14, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge