United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 23-12792-djb

Mark John Hill                                                                                  Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 2

Date Rcvd: May 15, 2026                      Form ID: pdf900                               Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark John Hill, 80 Kingston Rd, Media, PA 19063-1851 |
| cr | + Univest Bank and Trust Co., successor by merger to, 14 North Main Street, Souderton, PA 18964-1713 |
| cr | William J. Pace & Associates, Inc., 1740 Wilmington Pike, Glen Mills, PA 19342 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | May 16 2026 00:18:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Univest Bank and Trust Co.  successor by merger to Valley Green Bank kladd@utbf.com, ddays@utbf.com |

District/off: 0313-2                                           User: admin                                           Page 2 of 2
Date Rcvd: May 15, 2026                                   Form ID: pdf900                                   Total Noticed: 4

LEE M. HERMAN
>         on behalf of Creditor William J. Pace lmh@lmhlaw.com  courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net

LEE M. HERMAN
>         on behalf of Creditor William J. Pace & Associates  Inc. lmh@lmhlaw.com,
>         courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net

MICHAEL A. CIBIK
>         on behalf of Debtor Mark John Hill help@cibiklaw.com
>         noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
>         m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
>         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Mark John Hill,

                              Debtor.

Case No. 23-12792-DJB

Chapter 13

### Order Sustaining Objection to Claim Number 7

After consideration of the Debtor's Objection to Claim Number 7 by claimant W.J. Pace & Associates, Inc., and after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED**:

1. The objection is **SUSTAINED**.

2. Proof of claim number 7 is hereby **DISALLOWED**.

Date: **May 14, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge